# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00245-ZLW-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

MATTHEW DUNCANSON,

    Respondent.

## ORDER

Upon reviewing the United States of America's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby

ORDERS that the above-captioned case is dismissed, without prejudice.

SO ORDERED this 12 day of May, 2010.

                              Zita Weinshienk
                              United States District Judge